UNITED STATES of America, Plaintiff–Appellee,

v.

Juan Manuel AVILA–CHAVEZ, Defendant–Appellant.

No. 03–40786. Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 18, 2004.

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM.*

Juan Manuel Avila–Chavez (Avila) appeals his sentence for one count of illegal entry into the United States after deportation, a violation of 8 U.S.C. § 1326(a). Avila contends that the condition barring his possession of "any other dangerous weapon" must be stricken from the written judgment because it conflicts with the sentence as orally pronounced by the district court.

This issue is now foreclosed by our decision in *United States v. Torres–Aguilar,* 352 F.3d 934, 937–38 (5th Cir.2003). The district court's omission of the dangerous weapon prohibition during the oral pronouncement of sentence did not create a

---

**434**

conflict with the sentence set forth in the judgment. *Id.* at 938.

AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.